## A94A2108. METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY v. WHITE.
(470 SE2d 524)

RUFFIN, Judge.

In *Metropolitan &c. Ins. Co. v. White*, 217 Ga. App. 108 (456 SE2d 511) (1995), we reversed the trial court's denial of Metropolitan Property & Casualty Insurance Company's motion for summary judgment. The Supreme Court granted certiorari and reversed our decision in *White v. Metropolitan &c. Ins. Co.*, 266 Ga. 371 (467 SE2d 332) (1996). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is hereby made the judgment of this Court.

*Judgment affirmed. Birdsong, P. J., and Blackburn, J., concur.*

DECIDED APRIL 11, 1996.

*Swift, Currie, McGhee & Hiers, Jonathan M. Engram, Eric D. Miller*, for appellant.
*Van C. Wilks*, for appellee.